UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON,<br><br>  Petitioner,<br><br>  v.<br><br>CHRISTIAN PFEIFFER,<br><br>  Respondent. | No. 2: 19-cv-2175 WBS KJN P<br><br>ORDER |

Pending before the court is respondent's motion for a thirty days extension of time to file a response to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (ECF No. 12) is granted;
2. Respondent's response to the petition is due on or before June 14, 2020.

Dated: May 15, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Thomp2175.eot

1