UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON,<br><br>Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br><br>Respondent. | No. 2:19-cv-2175 WBS KJN P<br><br><br><br>ORDER |

Petitioner has filed his fifth motion for an extension of time to file and serve a reply to respondent's June 4, 2020 answer. Good cause appearing, the motion will be granted.

IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 24) is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file and serve his reply.

Dated: November 25, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

thom2175.111sec(2)