UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON, | No. 2:19-cv-2175 WBS KJN P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  One of petitioner's habeas claims concerns the state court's denial of his motion to substitute counsel, commonly referred to as a "Marsden[1] motion" in California state courts.  The state court held a Marsden hearing in September 2016[2] and sealed the transcript. (ECF No. 15-4 at 23.)  Respondent's lodged documents do not include the sealed Marsden hearing transcript, which is relevant to this court's review of petitioner's claim.

////

////

////

---

[1] People v. Marsden, 2 Cal. 3d 118 (1970).

[2] The reporter's transcript indicates that the date of hearing was either Wednesday, September 21, 2016, or Thursday, September 29, 2016.  (ECF No. 15-4 at 5, 12.)

1

1       Accordingly, IT IS HEREBY ORDERED that respondent lodge the sealed September
2 2016 <u>Marsden</u> hearing transcript within 14 days of this order.
3 Dated:  March 21, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE