UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RAY THOMPSON, | No. 2:19-cv-2175 WBS KJN P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  One of petitioner's habeas claims concerns the state court's denial of his motion to substitute counsel, commonly referred to as a "Marsden[1] motion" in California state courts.  The state court held a Marsden hearing in September 2016[2] and sealed the transcript. (ECF No. 15-4 at 23.)  Respondent's lodged documents do not include the sealed Marsden hearing transcript, which is relevant to this Court's review of petitioner's claim.

On March 21, 2022, this Court ordered respondent to lodge the sealed September 2016 Marsden hearing transcript within 14 days of the order.  (ECF No. 35.)  Respondent filed a

---

[1] People v. Marsden, 2 Cal. 3d 118 (1970).

[2] The reporter's transcript indicates that the date of hearing was either Wednesday, September 21, 2016, or Thursday, September 29, 2016.  (ECF No. 15-4 at 5, 12.)  The California Court of Appeal's docket in People v. Thompson (C084825) includes an August 25, 2017 entry for the record of appeal filed, noting "1 sealed RT of Marsden hearing, date 09/26/16 (pgs. 13-28)."

1

response to the order noting that respondent does not possess the sealed transcript. (ECF No. 36.)

Pursuant to Rule 5 of the Federal Rules Governing Section 2254 Cases, respondent is required to attach to its answer the relevant transcripts. See Rule 5, 28 U.S.C. foll. § 2254. If portions of a relevant transcript are not lodged with respondent's answer, "[t]he judge may order that the respondent furnish other parts of existing transcripts…" See id.; see also Watkins v. Waddington, 106 F. App'x 582 (9th Cir. July 30, 2004) (vacating the district court's denial of a habeas petition and remanding the case so the transcript of state court proceedings can be obtained and reviewed).

Accordingly, IT IS HEREBY ORDERED that respondent is directed to ask the California Court of Appeal to transmit the September 2016 Marsden hearing transcript to this Court for lodging under seal. Respondent shall make this request within 14 days of this order.

Dated: March 31, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE